**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

LOUIS SCARANTINO, On Behalf of Himself and All Others Similarly Situated,

Plaintiff,

v.

RETAILMENOT, INC., THOMAS BALL, JEFF CROWE, ERIC KORMAN, JULES MALTZ, GOKUL RAJARAM, GREG SANTORA, BRIAN SHARPLES, TAMAR YEHOSHUA, COTTER CUNNINGHAM, HARLAND CLARKE HOLDINGS CORP., and R ACQUISITION SUB, INC.,

Defendants.

Case No. 1:17-cv-00474-GMS

**STIPULATION AND [PROPOSED] ORDER CONCERNING PLAINTIFF'S VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), and the Stipulation of all Parties who have appeared in this action, **IT IS HEREBY ORDERED**:

1. This Action is voluntarily dismissed with prejudice as to the above-named Plaintiff only and dismissed without prejudice as to any members of the putative class;

2. This Court retains jurisdiction over the Action solely for purposes of entertaining a mootness fee application, if any.

Dated: June 13, 2017

**RIGRODSKY & LONG, P.A.**

*/s/ Brian D. Long*
Seth D. Rigrodsky (#3147)
Brian D. Long (#4347)
Gina M. Serra (#5387)
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Tel.: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*

**DLA PIPER LLP (US)**

*/s/ Derrick Farrell*
Derrick Farrell (#5747)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: 302 468 5646
Email: Derrick.farrell@dlapiper.com

*Attorneys for Defendant RetailMeNot, Inc., and the Individual Defendants*

**OF COUNSEL:**

Robert W. Brownlie
401 B Street, Suite 1700
San Diego, California 92101-4297
Tel: (619) 699-2700
Robert.Brownlie@dlapiper.com

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Raymond J. DiCamillo*
Raymond J. DiCamillo (#3188)
Sarah A. Galetta (#6157)
920 North King Street
Wilmington, Delaware 19801
Tel: (302) 651-7700
Email: DiCamillo@rlf.com
Email: Galetta@rlf.com

*Attorneys for Harland Clarke Holdings Corp., and R Acquisition Sub, Inc.,*

SO ORDERED this 16th day of June, 2017

The Honorable Gregory M. Sleet
United States District Court Judge